20 So.2d 103

## SIMON v. STATE.

### 1 Div. 213.

Supreme Court of Alabama.

Dec. 14, 1944.

20 So.2d 105

## MOORER v. TENSAW LAND & TIMBER CO.

### 1 Div. 222.

Supreme Court of Alabama.

Dec. 14, 1944.

No attorney for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

THOMAS, Justice.

The defendant was duly convicted of murder in the second degree and his punishment fixed "at life imprisonment in the penitentiary."

The verdict of the jury as rendered is a sufficient compliance with the statute. Code 1940, Tit. 14, § 318; Miller v. State, 54 Ala. 155; Paine v. State, 89 Ala. 26, 8 So. 133; Scott v. State, 211 Ala. 270, 100 So. 211.

The judgment of the circuit court is affirmed.

Affirmed.

GARDNER, C.J., and FOSTER and STAKELY, JJ., concur.